IN THE SUPREME COURT OF NORTH CAROLINA

No. 32PA23-2

Filed 22 May 2026

IN THE MATTER OF THE ADOPTION OF:

B.M.T., a minor

On discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 292 N.C. App. 26 (2024), affirming an order entered on 16 September 2021 by Judge Teresa H. Vincent in District Court, Guilford County. Heard in the Supreme Court on 16 April 2026.

*Bagwell Holt Smith P.A., by Michael S. Harrell, for petitioner-appellants.*

*Kathryn S. Lindley for respondent-appellee.*

RIGGS, Justice.

Having considered the opinion of the Court of Appeals, the record and briefs, and the oral arguments before us, we conclude that petitioner-appellants' petition for discretionary review was improvidently allowed.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.